David **SELLERS,** Plaintiff–Appellant,

v.

**ROYAL BANK OF CANADA,** et al., Defendants–Appellees.

No. 14–302.

United States Court of Appeals, Second Circuit.

Feb. 6, 2015.

David Sellers, pro se, Hopewell, NJ, for Plaintiff–Appellant.

James P. Walsh, Jr., Morgan, Lewis & Bockius LLP, Princeton, NJ, for Defendants–Appellees.

PRESENT: DENNIS JACOBS, RICHARD C. WESLEY and SUSAN L. CARNEY, Circuit Judges.

## SUMMARY ORDER

Appellant David Sellers, *pro se,* appeals the district court's grant of summary judgment in favor of The Royal Bank of Canada, et al. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

"We review the district court's grant of summary judgment *de novo,* applying the same standards that govern the district court's consideration of the motion." *Summa v. Hofstra Univ.,* 708 F.3d 115, 123 (2d Cir.2013) (internal quotation omitted). "Summary judgment is appropriate where there are no genuine disputes concerning any material facts, and where the moving party is entitled to judgment as a matter of law." *Id.* "We resolve all ambiguities and draw all reasonable inferences in the light most favorable to the nonmoving party." *Id.*

Here, an independent review of the record and relevant case law reveals that the district court properly granted summary judgment. We affirm for substantially the reasons stated by the district court in its thorough Decision and Order, dated January 8, 2014.

We have considered all of Sellers's arguments and find them to be without merit.

Accordingly, we **AFFIRM** the judgment of the district court.